AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 8 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:03CR40014-001 |
| **Rickey Lamar Young** | ) USM No: 07285-010 |
| Date of Previous Judgment: February 17, 2004 | ) John F. Stroud, III |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
   X  DENIED.        GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     29                    Amended Offense Level:     _____
Criminal History Category:  III                   Criminal History Category: _____
Previous Guideline Range:   108  to  135  months  Amended Guideline Range:  ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
   The reduced sentence is within the amended guideline range.
   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant subject to mandatory minimum in excess of applicable guideline range (§ 5G1.1(b))

Except as provided above, all provisions of the judgment dated  02/17/04  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5/8/08

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Harry F. Barnes, U.S. District Judge
Printed name and title