# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

Case No.    **4:03CR40014-01**

USM No.    07285-010

**RICKEY LAMAR YOUNG**

John F. Stroud, III
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _____ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Possession of Marijuana | 6/5/2014 |
| Mandatory Condition | Use of Cocaine & Marijuana | 8/23/2013 |
| Standard Condition | Failure to notify USPO of arrest | 6/12/2014 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   3893

Defendant's Year of Birth:   1971

City and State of Defendant's Residence:
Texarkana, AR 71854

October 9, 2014
Date of Imposition of Judgment

/s/ Harry F. Barnes
Signature of Judge

Honorable Harry F, Barnes, Senior U.S. District Judge
Name and Title of Judge

October 21, 2014
Date

Judgment — Page  2  of  2

DEFENDANT:       **RICKEY LAMAR YOUNG**
CASE NUMBER:     **4:03CR40014-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **Eight (8) Months**, with no supervision to follow the term of imprisonment.

X   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant participate in a drug treatment program while incarcerated.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X   before 2 p.m. on   November 19, 2014   .
    X   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL